FILED

2008 Oct-27  AM 10:28
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )CIVIL ACTION NO. |
| | ) |
| DOROTHEA BATISTE, | )  2:08-CV-01614-IPJ |
| | ) |
|     Defendant. | ) |

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff brought this action to recover payments due on promissory notes executed by the defendant, Dorothea Batiste, to obtain educational loans in the sum of $5,471.64 from Central Louisiana Bank, Marksville, LA.  These loan obligations were guaranteed by Louisiana, and then reinsured by the Department of Education under the Federal Insured Student Loan Program pursuant to the provisions of Title IV, Part B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq.(34 C.F.R. Part 682).

Defendant filed an Answer, denying all allegations.

FINDINGS OF FACT

1.  Defendant has made no payments on this debt. Section 484A of the Higher Education Act of 1965, as amended by Section 3 of the Higher Education Act of 1991 (Pub. L. 102-26) and Section 1551 of the Higher Education Amendments of 1992 (Pub. L. 102-325) has eliminated the Statute of Limitations on student loans. (20 U.S.C. Sec. 1091a(a)).

CONCLUSIONS OF LAW

3.   The Court has jurisdiction of this action under 28 U.S.C. § 1345.

4.   Plaintiff is entitled to a Summary Judgment as a matter of law.  A judgment will enter accordingly.


Done this the 27<u>th</u> day of October 2008.



INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE